UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Marcos Nuno-Santana<br>Defendant. | No. CR 14mj 71521<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 50 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of Dec 1st and the SAME DAY each month thereafter;

[X] MAIL TO:   Clerk, U.S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:   Clerk, U.S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 12/15/2014

Howard R. Lloyd, U.S. Magistrate Judge