STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail robert_carlin@fd.org

Counsel for Defendant
MARCOS NUNO SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-71521 HRL |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| MARCOS NUNO SANTANA, | |
| Defendant. | |

GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the conditions of release previously set in this matter shall be modified accordingly: (1) Defendant MARCOS NUNO SANTANA may travel throughout the state of California with the approval of United States Pretrial Services; and (2) he may travel from Salinas, California to Tempe, Arizona, on July 8 and return on July 9, 2015. All other previously set conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: 7/22/15

HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

1